# EXHIBIT F



**Texas Real Estate Commission**
P.O. Box 12188
Austin, TX 78711-2188
512-936-3000

# CERTIFICATE OF LICENSE HISTORY

An automated search of the Texas Real Estate Commission's database reveals the following licensing information current as of 02/23/2022. Please note: Texas does not license by mere reciprocity.

Name: REDFIN CORPORATION
License Type: Corporate Broker
License Number: 605104
License Status: Active
Original License Date: 05/20/2010
License Expiration Date: 05/31/2023

## DISCIPLINARY ACTIONS

An automated search of the Texas Real Estate Commission's database for the past ten (10) years reveals the following disciplinary action record(s) as of 02/23/2022. Any disciplinary actions listed below are final as of the disposition date. If this section is blank, there were no disciplinary records located.

Additional information about this license holder may be viewed at the agency's website ([www.trec.texas.gov](www.trec.texas.gov)) using the License Holder Search found on the home page. The original license date does not necessarily reflect continuous licensure. Copies of any final orders resulting from disciplinary action taken against the license holder may also be found using the Check for Disciplinary Actions link displayed under the "Related Information" on the sidebar of the License Holder Search results.

--------END OF RECORD--------