# EXHIBIT G



# Texas Real Estate Commission

## REDFIN CORPORATION    PRINT LICENSE HISTORY

### Corporate Broker, License #605104

| | |
|---|---|
| **Email Address** | |
| courtney.king@redfin.com | |
| **Phone #** | |
| 832-336-1071 | |
| **License Status** | **Expiration Date** |
| Active | 05/31/2023 |
| **DBAs** | |
| "REDFIN", "TONY KING" | |
| **Business Address** | |
| 2611 Internet Blvd Ste 201 Frisco, TX 75034 | |

## Designated Broker

| | |
|---|---|
| **Name (License Type)** | |
| KING, COURTNEY MCGUIRE (?detail_id=881375179) (Broker) | |
| **Effective Date** | **License #** |
| 10/04/2021 | 605236 |
| **License Status** | **Expiration Date** |
| Active | 02/28/2023 |

## 743 Sales Agents Sponsored

| | |
|---|---|
| **Name** | |
| ABDULLAH, SYED FARHAN (?detail_id=1000232787) | |
| **Sponsor Date** | **License #** |
| 07/30/2021 | 766264 |
| **License Status** | **Expiration Date** |
| Active | 07/31/2023 |
| **Name** | |
| ABEITA, ELIZABETH (?detail_id=999991227) | |
| **Sponsor Date** | **License #** |
| 12/05/2018 | 640941 |