AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| ALTO DYNAMICS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-00064 |
| REDFIN CORPORATION. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALTO DYNAMICS, LLC.

Date: 02/25/2022

*/s/ James F. McDonough, III*
*Attorney's signature*

James F. McDonough, III (GA 117088)
*Printed name and bar number*

ROZIER HARDT MCDONOUGH PLLC
3621 Vinings Slope, Suite 4300
Atlanta, Georgia 30339
*Address*

jim@RHMtrial.com
*E-mail address*

(470) 840-9505
*Telephone number*

(470) 840-9505
*FAX number*