# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALTO DYNAMICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. 2:22-cv-00064-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF RETURN OF SERVICE EXECUTED

Plaintiff Alto Dynamics, LLC hereby submits its Return of Service Executed of the required papers which were served on March 8, 2022, upon the Defendant, Redfin Corporation. Proof of Service is attached hereto.

Dated: March 9, 2022          Respectfully submitted,

*/s/ Jonathan R. Miller*

**ROZIER HARDT MCDONOUGH PLLC**
James F. McDonough, III (Bar No. 117088, GA)*
Jonathan R. Miller (Bar No. 507179, GA)*
Travis E. Lynch (Bar No. 162373, GA)*
3621Vinings Slope, Suite 4300
Atlanta, Georgia 30339
Telephone: (470) 480-9505, -9517, -9514
Email: jim@RHMtrial.com
Email: miller@RHMtrial.com
Email: lynch@RHMtrial.com

**ROZIER HARDT MCDONOUGH PLLC**
Jonathan L. Hardt (TX 24039906)*
712 W. 14th Street, Suite C
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@RHMtrial.com

**ROZIER HARDT MCDONOUGH PLLC**
C. Matthew Rozier (CO 46854)*
2590 Walnut Street, Suite 10
Denver, Colorado 80205
Telephone: (720) 820-3006
Email: matt@RHMtrial.com

**ATTORNEYS FOR PLAINTIFF *Alto Dynamics, LLC***

* Admitted to Eastern District of Texas.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true copy of the above document to be filed using this Court's ECF System which caused it to be served by electronic mail upon the attorneys of record.

Dated: <u>March 9, 2022</u>

<u>/s/ Jonathan R. Miller</u>
Jonathan R. Miller (Bar No. 507179, GA)

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Alto Dynamics, LLC<br><br>*Plaintiff(s)*<br>v.<br>Redfin Corporation<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:22-cv-00064<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Redfin Corporation
c/o Legalinc Corporate Services Inc.,
10601 Clarence Drive,
Suite 250,
Frisco, Texas 75033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan L. Hardt
ROZIER HARDT MCDONOUGH, PLLC
712 W. 14th Street, Suite C
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **2/28/22**                                      *David A. O'Toole*
                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00064

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

**SEE ATTACHED**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ALTO DYNAMICS §<br>§<br>§<br>Plaintiff(s), §<br>v. §<br>§<br>§<br>REDFIN CORPORATION §<br>§<br>Defendant(s). § | Civil Action No. 2:22-cv-00064 |

## RETURN OF SERVICE

Came to my hand on **Thursday, March 4, 2022 at 2:00 PM**,
Executed at: **10601 CLARENCE DR., FRISCO, TX 75033**
within the county of **COLLIN** at 12:43 PM, on Tuesday, March 8, 2022
by delivering to the within named:

**REDFIN CORPORATION**

By individually and personally delivering to its Registered Agent, **LEGALINC CORPORATION SERVICES INC.**
By delivering to its Authorized Agent, **MAMTHA REDDY**
a true copy of this

**SUMMONS IN A CIVIL ACTION,**

having first endorsed thereon the date of the delivery.

**BEFORE ME**, the undersigned authority, on this day personally appeared **Steven J. Treni** who after being duly sworn on oath states: "My name is **Steven J. Treni**. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

By: _____
Steven J. Treni - PSC 1912 - Exp 4/30/23
PO Box 801811 Dallas, Texas 75380

Subscribed and Sworn to by Steven J. Treni, Before Me, the undersigned authority, on this ___8th___ day of March, 2022.

_____
Notary Public in and for the State of Texas

KATHEREN L. MARTINEZ
Notary Public, State of Texas
Comm. Expires 05-06-2023
Notary ID 124196477