UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:22-cv-00064

Name of party requesting extension: Redfin Corporation

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 03/08/2022

Number of days requested:  ☑ 30 days  ☐ 15 days  ☐ Other ___ days

New Deadline Date: 04/28/2022  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Phillip J. Haack

State Bar No.: CA 262060 (admitted E.D. Tex.)

Firm Name: Marton Ribera Schumann & Chang LLP

Address: 548 Market Street, Suite 36117
San Francisco, CA 94104

Phone: (415) 360-2511

Fax:

Email: phaack@martonribera.com

A certificate of conference does not need to be filed with this unopposed application.