UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 2:22-cv-00064

Name of party requesting extension: Redfin Corporation

Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 3/8/2022

Number of days requested:   ☐ 30 days   ☑ 15 days   ☐ Other ____ days

New Deadline Date: 5/13/2022   *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: James F. McDonough, III

State Bar No.: GA 117088

Firm Name: ROZIER HARDT MCDONOUGH PLLC

Address: 3621 Vinings Slope, Suite 4300
Atlanta, Georgia 30339

Phone: (470) 480-9505

Fax:

Email: jim@rhmtrial.com

A certificate of conference does not need to be filed with this unopposed application.