# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ALTO DYNAMICS, LLC, | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO.  2:22-CV-00064-JRG |
| | § | |
| REDFIN CORPORATION, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal With Prejudice (the "Notice") filed by Plaintiff Alto Dynamics, LLC ("Plaintiff"). (Dkt. No. 17.) In the Notice, Plaintiff states that the above-captioned action against Defendant Redfin Corporation ("Defendant") is dismissed with prejudice. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 13th day of June, 2022.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE